IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00372-WYD-BNB

MARGARET TAYLOR,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,

Defendant.
_____

**ORDER**
_____

After reviewing the parties' settlement positions, I have determined that a settlement conference at this time would not be productive and would waste resources. Should the parties disagree with this determination or determine at some later date, after consultation among themselves, that a settlement conference would be productive, they may contact my chambers to reschedule the conference. At this time, however,

IT IS ORDERED that the settlement conference scheduled for **December 7, 2005, at 1:30 p.m.**, is VACATED.

Dated December 2, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge