IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00372-WYD-BNB

MARGARET TAYLOR,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,

Defendant.
_____

**ORDER**
_____

This matter is before me on the parties' **Unopposed Motion to Set Status Conference, Reschedule Final Pretrial Conference and to Reopen Discovery** [Doc. # 34, filed 6/8/06] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

        **Discovery Cut-Off:**        September 12, 2006

        (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        **Dispositive Motions Deadline:**    October 12, 2006

        **Expert Disclosures:**

    **(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 12, 2006**

      **(b)**      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 14, 2006**

**Settlement Conference:** A settlement conference is set for **September 11, 2006, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel only.  If an insurance company is involved, an adjustor with authority to enter into a settlement must also be present.)

Each party shall submit a confidential settlement statement to my chambers on or before **September 4, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential elements of a settlement.

**Final Pretrial Conference:**   A final pretrial conference will be held in this case on **December 14, 2006, at 8:30 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **December 7, 2006**.

Dated June 12, 2006.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge