IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00372-WYD-BNB

MARGARET TAYLOR,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,

      Defendant.

---

**ORDER**

---

      THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed September 20, 2006).  After a careful review of the Stipulation and the file, it is

      ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney fees and costs.  It is

      FURTHER ORDERED that the five (5) day jury trial set to commence Monday, April 30, 2007 and the Final Trial Preparation Conference set Friday, April 20, 2007 at 4:00 p.m. are **VACATED**.

      Dated:  September 25, 2006

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge